UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BETTY S. ANDERSON,

        Plaintiff,

                              Case Number 07-11841-BC
v.                                 Honorable Thomas L. Ludington

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND DENYING PLAINTIFF'S APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES**

    This matter is before the Court on a report and recommendation issued by Magistrate Judge Charles E. Binder on May 7, 2007. The magistrate judge recommended that Plaintiff Betty Anderson's application to proceed without prepayment of fees, under 28 U.S.C. § 1915, be denied because her household's annual income appears sufficient to permit her to bear the costs of litigation.

    Plaintiff has filed no objections to the magistrate judge's report and recommendation. Plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the conclusions of the magistrate judge.

    Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #4] is **ADOPTED**.

It is further **ORDERED** that Plaintiff's application to proceed without prepayment of fees [dkt #3] is **DENIED**.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: June 4, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 4, 2007.

s/Tracy A. Jacobs  
TRACY A. JACOBS

---